# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Axon, Annemarie C. | U.S.District Court, Northern District of Alabama | 04/26/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.District Judge, Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ✔ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
1729 5th Ave North
Birmingham, Alabama 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Mountain Brook City Schools Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Starnes Davis Florie, self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Antonin Scalia Law School-George Mason University | 04/25/2019-4/26/2019 | Washington DC | attend Scalia Forum Conference | Transportion, food, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Department of Education | loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Aristotle Value Equity Fund | | None | | | Sold | 05/07/19 | L | | |
| 2. | AQR U.S. Defensive Equity Fund Cl N | A | Dividend | K | T | Buy | 05/23/19 | K | | |
| 3. | Duke Energy Corp | A | Dividend | | | Sold | 06/17/19 | J | A | |
| 4. | Ashmore Emerging Markets Corporate Debt Fund Cl I | B | Dividend | | | Sold (part) | 05/07/19 | J | A | |
| 5. | | | | | | Sold | 08/23/19 | K | A | |
| 6. | Fidelity Capital & Income | A | Dividend | K | T | Buy | 08/26/19 | K | | |
| 7. | Fidelity Cash Reserves | B | Dividend | J | T | | | | | |
| 8. | General Dynamics Corp | A | Dividend | | | Sold (part) | 04/09/19 | J | | |
| 9. | | | | | | Sold | 06/03/19 | J | | |
| 10. | Hasbro Inc Com | A | Dividend | | | Sold | 04/09/19 | J | | |
| 11. | Fidelity International Small Cap | | None | | | Sold | 08/23/19 | K | | |
| 12. | Goldman Sachs Muni Income Inst'l | A | Int./Div. | | | Buy | 01/10/19 | K | | |
| 13. | | | | | | Buy (add'l) | 01/31/19 | J | | |
| 14. | | | | | | Buy (add'l) | 02/28/19 | J | | |
| 15. | | | | | | Buy (add'l) | 03/29/19 | J | | |
| 16. | | | | | | Buy (add'l) | 04/30/19 | J | | |
| 17. | | | | | | Buy (add'l) | 05/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 06/17/19 | K | A | |
| 19. Maingate MLP Fund Cl I | B | Dividend | | | Sold | 05/07/19 | K | | |
| 20. IShares Edge Msci Min Vol Emerging Markets ETF | A | Dividend | K | T | Buy | 01/10/19 | K | | |
| 21. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 22. | | | | | Sold (part) | 08/23/19 | J | | |
| 23. IShares Tr Msci USA Minimum Volatility Index Fund | B | Dividend | M | T | Buy | 02/15/19 | K | | |
| 24. | | | | | Buy (add'l) | 05/07/19 | K | | |
| 25. | | | | | Sold (part) | 07/30/19 | J | A | |
| 26. | | | | | Buy (add'l) | 08/23/19 | K | | |
| 27. JPMorgan Ultra-Short Income ETF | A | Dividend | | | Buy (add'l) | 05/07/19 | K | | |
| 28. | | | | | Sold | 06/17/19 | K | A | |
| 29. JP Morgan Strategic Income Opportunities Fund Cl S | | None | L | T | Buy | 02/15/19 | J | | |
| 30. | | | | | Buy (add'l) | 05/07/19 | L | | |
| 31. Lord Abbett Bond Debenture Cl A | A | Dividend | K | T | Buy | 08/26/19 | K | | |
| 32. Newmarket Corp | A | Dividend | | | Sold (part) | 04/24/19 | J | | |
| 33. | | | | | Sold (part) | 07/30/19 | J | | |
| 34. | | | | | Sold | 08/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Polen Growth Fund Inst'l cl | A | Dividend | M | T | Sold (part) | 07/18/19 | J | B | |
| 36. FDIC Bank Deposit Sweep Program | A | Int./Div. | K | T | | | | | |
| 37. Undiscovered Managers Behavioral In | D | Dividend | M | T | | | | | |
| 38. Vanguard Mid Cap | A | Dividend | L | T | | | | | |
| 39. Vanguard REIT Index ETF | | None | L | T | Sold (part) | 01/14/19 | J | | |
| 40. | | | | | Sold (part) | 07/18/19 | J | A | |
| 41. WCM Focused Internatioal Growth Fund | A | Dividend | M | T | Sold (part) | 07/18/19 | J | A | |
| 42. Altria Group Inc | A | Dividend | J | T | | | | | |
| 43. Apple Inc | A | Dividend | J | T | Sold (part) | 07/30/19 | J | A | |
| 44. Berkshire Hathaway Inc Del Cl B | | None | J | T | Buy (add'l) | 09/09/19 | J | | |
| 45. Blackrock Inc | A | Dividend | J | T | Sold (part) | 07/18/19 | J | A | |
| 46. Carnival Corp | A | Dividend | J | T | Sold (part) | 07/30/19 | J | | |
| 47. Chevron Corp | A | Dividend | J | T | | | | | |
| 48. Cincinnati Financial Corp | A | Dividend | J | T | Buy (add'l) | 06/17/19 | J | | |
| 49. | | | | | Sold (part) | 07/18/19 | J | A | |
| 50. | | | | | Sold (part) | 12/09/19 | J | A | |
| 51. Cisco Systems Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Coca Cola Co Com | A | Dividend | J | T | | | | | |
| 53. Crown Castle Int'l Corp | A | Dividend | J | T | | | | | |
| 54. Delta Airlines | A | Dividend | J | T | Buy | 04/09/19 | J | | |
| 55. | | | | | Sold (part) | 07/30/19 | J | A | |
| 56. Diageo PLC | A | Dividend | J | T | | | | | |
| 57. Dominion Resources Inc | A | Dividend | J | T | Buy (add'l) | 06/17/19 | J | | |
| 58. | | | | | Sold (part) | 07/18/19 | J | | |
| 59. Fastenal | A | Dividend | J | T | Sold (part) | 07/30/19 | J | A | |
| 60. Fidelity Cash Reserves | B | Dividend | K | T | | | | | |
| 61. Franklin Res Inc | A | Dividend | J | T | | | | | |
| 62. Franklin Templeton Emerging Market Debt Opportunities Fund | A | Dividend | J | T | | | | | |
| 63. GPB Holdings II LP Cl B | | | K | R | | | | | |
| 64. Intel Corp Com | A | Dividend | J | T | | | | | |
| 65. Johnson & Johnson Com | A | Dividend | J | T | Sold (part) | 07/30/19 | J | A | |
| 66. Kinder Morgan Inc | A | Dividend | J | T | | | | | |
| 67. Lowe's Co Inc | A | Dividend | J | T | Buy (add'l) | 08/07/19 | J | | |
| 68. Merck & Co Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Microsoft | A | Dividend | J | T | Sold (part) | 07/30/19 | J | A | |
| 70. Nestle S Reg ADR | A | Dividend | J | T | | | | | |
| 71. Norfolk Southern Corp | A | Dividend | J | T | Sold (part) | 07/18/19 | J | A | |
| 72. Paccar Inc | A | Dividend | J | T | Sold (part) | 04/04/19 | J | A | |
| 73. Paychex Inc | A | Dividend | J | T | | | | | |
| 74. Pfizer Inc | A | Dividend | J | T | Buy (add'l) | 09/06/19 | J | | |
| 75. Philip Morris Int'l Inc | A | Dividend | J | T | | | | | |
| 76. American Beacon Sound Point Floating Rate Inc Fund Cl Y | A | Dividend | | | Sold | 02/15/19 | K | | |
| 77. Target Corp | A | Dividend | J | T | | | | | |
| 78. Texas Instruments Inc | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 79. | | | | | Sold (part) | 07/30/19 | J | A | |
| 80. TIAA-CREF Core Impact Bond Fund Inst'l Cl | C | Dividend | L | T | Sold (part) | 05/07/19 | K | | |
| 81. | | | | | Sold (part) | 07/30/19 | J | A | |
| 82. United Parcel Service Inc | A | Dividend | J | T | | | | | |
| 83. Victory Portfolios I Shs | | None | | | Sold | 02/15/19 | K | | |
| 84. Verizon Communications | A | Dividend | J | T | Buy (add'l) | 06/17/19 | J | | |
| 85. | | | | | Sold (part) | 07/30/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Wells Fargo Co | A | Dividend | J | T | | | | | |
| 87.  Mainstay Total Return Bond 529F | | None | J | T | Buy (add'l) | 01/08/19 | J | | |
| 88. | | | | | Buy (add'l) | 02/11/19 | J | | |
| 89. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 90. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 91. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 92. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 93. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 94. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 95. | | | | | Buy (add'l) | 09/09/19 | J | | |
| 96. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 97. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 98. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 99.  Northern Funds Int'l Equity 529F | | None | K | T | Buy (add'l) | 01/08/19 | J | | |
| 100. | | | | | Buy (add'l) | 02/11/19 | J | | |
| 101. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 102. | | | | | Buy (add'l) | 04/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 104. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 105. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 106. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 107. | | | | | Buy (add'l) | 09/09/19 | J | | |
| 108. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 109. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 110. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 111. Northern Funds Stock Index 529F | None | K | T | | Buy (add'l) | 01/08/19 | J | | |
| 112. | | | | | Buy (add'l) | 02/11/19 | J | | |
| 113. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 114. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 115. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 116. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 117. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 118. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 119. | | | | | Buy (add'l) | 09/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 121. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 122. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 123.  William Blair Small Cap Value 529F | None | | J | T | Buy (add'l) | 01/08/19 | J | | |
| 124. | | | | | Buy (add'l) | 02/11/19 | J | | |
| 125. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 126. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 127. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 128. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 129. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 130. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 131. | | | | | Buy (add'l) | 09/09/19 | J | | |
| 132. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 133. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 134. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 135.  Alternative Investment Allocation 529F | None | | J | T | Buy (add'l) | 01/08/19 | J | | |
| 136. | | | | | Buy (add'l) | 02/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 03/11/19 | J | | |
| 138. | | | | | Buy<br>(add'l) | 04/09/19 | J | | |
| 139. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 140. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 141. | | | | | Buy<br>(add'l) | 07/09/19 | J | | |
| 142. | | | | | Buy<br>(add'l) | 08/12/19 | J | | |
| 143. | | | | | Buy<br>(add'l) | 09/09/19 | J | | |
| 144. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 145. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 146. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 04/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

GPB Holding purchased 02/15/2018 for $50,000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Annemarie C. Axon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544